IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-09-470 |
| | § | |
| DONALD G. LOIACANO, *et al.* | § | |

**O R D E R**

Defendants Jackie Hanna, Donald Lioacano, Pamela Loiacano, Mark Witliff and Richard Roberson filed unopposed motions for continuance, (Docket Entry Nos. 35, 36, 37, 40 and 41). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motions for continuance are GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | January 4, 2010 |
| Responses are to be filed by: | January 18, 2010 |
| Pretrial conference is reset to**:** | **January 25, 2010, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 1, 2010, at 9:00 a.m.** |

SIGNED on October 5, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge