**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-09-470 |
| | § | |
| | § | |
| | § | |
| DONALD G. LOIACANO, *et al.* | § | |

**O R D E R**

Defendants Donald and Pamela Loiacano filed  unopposed motions for continuance, (Docket Entry Nos. 67 and 68). The court finds that the interests of justice are served by granting  this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The  motions for continuance are GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Witness and exhibit lists to be filed by: | September 10, 2010 |
| Objections to exhibits due by: | September 17, 2010 |
| Pretrial conference is reset to**:** | **September 17, 2010, at 9:30 a.m.** |
| Jury trial and selection are reset to: | **October 5, 2010, at 9:00 a.m.** |

SIGNED on August 6, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge